

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00414-CR

**IN RE** Raymond **DEBA**

Original Mandamus Proceeding[1]

**ORDER**

On June 19, 2019, relator filed a petition for writ of mandamus. This court concludes we do not have jurisdiction to grant relator relief; therefore, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR0956 & 2005CR0716, styled *The State of Texas v. Raymond Deba*, pending in the County Court at Law No. 2, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.